In the Matter of CARMINE PASSARELLI, Claimant, against BAKER & YETTMAN, INC., and Others.— On request of the State Industrial Board the Attorney-General certified to this court, under the provisions of section 23 of the Workmen's Compensation Law, the following question of law: " Is a contractor the subject of whose contract involves a hazardous employment, i. e., road building, under the provisions of Section 3, Subdivision 1, Group 3, of the Workmen's Compensation Law, who sub-contracts part of such contract to a sub-contractor, who in turn sub-contracts part of his contract to a sub-sub-contractor, liable for and chargeable with the payment of compensation to an employee of the sub-sub-contractor, who sustains an injury which arises out of and in the course of his employment, where

* Affd., 264 N. Y. 272.                    † Affd., 264 N. Y. 652.

neither the sub-contractor nor the sub-sub-contractor has secured any compensation insurance, under the provisions of Section 56 of the Workmen's Compensation Law? " Question certified answered in the affirmative. Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur.

In the Matter of the Claim of NATHAN FIRTLE, Respondent, against ISIDORE KAPLAN, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. —Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.